IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CITY OF PANAMA CITY BEACH, a
Municipality created by the State of
Florida,

    Plaintiff,

vs.                              CASE NO. 5:10cv150/RS-EMT

AG EDWARDS TRUST COMPANY,
FSB, Successor by Merger to AG
EDWARDS TRUST COMPANY, a
Florida corporation, et al,

    Defendants.
_____/

## ORDER

Before me is the United States' Motion And Memorandum For Enlargement Of Time Within Which To Answer (Doc. 4).

**IT IS ORDERED** that the United States shall file its response to the Petition In Eminent Domain not later than June 30, 2010.

**ORDERED** on June 24, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**