# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CITY OF PANAMA CITY BEACH,

    Plaintiff,

vs.                                       CASE NO. 5:10-cv-150/RS-EMT

A. G. EDWARDS TRUST COMPANY
FSB, et al.,

    Defendants.

_____/

## ORDER

Plaintiff shall file a status report **not later than July 16, 2010**, detailing its efforts to locate and serve Defendants AG Edwards Trust, A. Dennis Pledger, Gerald T. Pledger, Lamar Corporation, Amsouth Bank, J. H. Sherman, Jr., Peggy Brannon as Bay County Tax Collector, and Zane Spitzer as Bay County Property Appraiser. This case was originally filed in state court on October 31, 2008. Plaintiff is reminded that in federal court cases may be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 4(m) and N.D. Fla. Loc. R. 41.1.

**ORDERED** on July 9, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**