IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CITY OF PANAMA CITY BEACH, a
municipality created by the State of
Florida,

    Plaintiff,

vs.                                               CASE NO. 5:10cv150/RS-EMT

A. G. EDWARDS TRUST COMPANY FSB,
successor by merger to A. G. EDWARDS TRUST
COMPANY, a Florida corporation, as successor
trustee of the Claudia T. Pledger Trust; A. DENNIS
PLEDGER; GERALD T. PLEDGER; ALVIN'S
STORES, INC.; LAMAR CORPORATION;
AMSOUTH BANK OF FLORIDA; J. H. SHERMAN,
JR.; SIGNAL HILL GOLF COURSE, INC.; PEGGY
BRANNON, as Bay County Tax Collector;
ZANE SPITZER, as Bay County Property
Appraiser; and UNITED STATES OF AMERICA,
acting through its agency the Internal Revenue
Service Department of Treasury,

    Defendants.
_____/

## ORDER

The parties shall file any responses to the August 10, 2010, letter from Holland & Knight (Doc. 20) not later than August 27, 2010.

**ORDERED** on August 12, 2010.

                                  /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**