IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CITY OF PANAMA CITY BEACH, a municipality created by the State of Florida,

    Plaintiff,

vs.         CASE NO. 5:10cv150/RS-EMT

A. G. EDWARDS TRUST COMPANY FSB, successor by merger to A. G. EDWARDS TRUST COMPANY, a Florida corporation, as successor trustee of the Claudia T. Pledger Trust; A. DENNIS PLEDGER; GERALD T. PLEDGER; ALVIN'S STORES, INC.; LAMAR CORPORATION; AMSOUTH BANK OF FLORIDA; J. H. SHERMAN, JR.; SIGNAL HILL GOLF COURSE, INC.; PEGGY BRANNON, as Bay County Tax Collector; ZANE SPITZER, as Bay County Property Appraiser; and UNITED STATES OF AMERICA, acting through its agency the Internal Revenue Service Department of Treasury,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Request For Recusal (Doc. 27). I recuse myself.

**ORDERED** on September 2, 2010.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**